[Nos. 28086-4-I; 31251-1-I.   Division One.   August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD IRWIN HARP, *Appellant*.

*In the Matter of the Personal Restraint of* RICHARD IRWIN HARP, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06529-1, James A. Noe, J., entered March 1, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Baker, JJ.

[No. 29860-7-I.   Division One.   August 9, 1993.]

JUDY ANN VOGT, *Appellant*, v. MELVIN E. VOGT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D49509, Cassandra L. Marshall, J. Pro Tem., entered December 13, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Kennedy, JJ.

[No. 28197-6-I.   Division One.   August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MCKINNEY, *Defendant*, BARBARA ANN ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-07306-4, Anthony P. Wartnik, J., entered March 12, 1991. *Reversed* by unpublished per curiam opinion.